**THEODORE PARKER, III, ESQ.**
Nevada Bar No. 4716
**MAHOGANY TURFLEY, ESQ.**
Nevada Bar No. 13974
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@parkernelson.com
mturfley@parkernelson.com

*Attorneys for Defendants,*
*Southern Nevada Regional Housing Authority and Rosa Elaine Garcia*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SABRINA D. RHONE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY; ROSA ELAINE GARCIA, an individual; RHONDA JACKSON, an individual; MALANDRIA WATSON, an individual; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:26-cv-01668-APG-DJA<br><br>**~~STIPULATION AND~~ ORDER TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Defendants, SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY and ROSA ELAINE GARCIA (hereinafter collectively "Defendants" or "SNRHA"), by and through their attorneys of record, THEODORE PARKER, III, ESQ. and MAHOGANY TURFLEY, ESQ. of the law firm of PARKER, NELSON & ASSOCIATES, CHTD., and Plaintiff SABRINA D. RHONE, by and through the attorney of record Lawrence Balanovsky, Esq. of BALANOVSKY LAW, and hereby stipulate and respectfully request that the Court stay discovery pending resolution of Defendants' pending Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment. ECF No. 8.

///

The parties stipulate as follows:

1. Defendants filed their Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment. The Motion is currently pending before the Court.
2. The Motion to Dismiss raises threshold issues that, if resolved in Defendants' favor, may dispose of some or all of Plaintiff's claims and may materially affect the scope and necessity of discovery.
3. The parties agree that proceeding with discovery while the Motion to Dismiss is pending would potentially require the parties to incur substantial expense and devote resources to discovery that may ultimately prove unnecessary or substantially different depending upon the Court's ruling.
4. A temporary stay of discovery will promote judicial economy, conserve the parties' resources, and facilitate the just, speedy, and inexpensive resolution of this action consistent with Federal Rule of Civil Procedure 1.
5. The parties therefore agree that good cause exists to stay all discovery, including the parties' obligations concerning written discovery, depositions, subpoenas, and other discovery proceedings, pending resolution of the Motion to Dismiss.
6. The parties further agree that the stay shall not preclude any party from seeking appropriate relief from the Court if circumstances arise that warrant limited discovery during the stay.
7. The parties agree that the stay shall remain in effect until the Court enters an order resolving the pending Motion to Dismiss, unless otherwise ordered by the Court.
8. Within fourteen (14) days after the Court enters an order resolving the Motion to Dismiss, the parties shall meet and confer regarding the status of discovery and, if necessary, submit a stipulated discovery plan and scheduling order addressing any remaining claims and appropriate deadlines.
9. This stipulation is made in good faith and is not intended for purposes of undue delay.

WHEREFORE, the parties respectfully request that the Court approve this Stipulation and enter the accompanying Order staying discovery pending resolution of Defendants' Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for Summary Judgment.

IT IS SO STIPULATED.

DATED this 2nd day of October, 2026.

**BALANOVSKY LAW**

*/s/ Lawrence Balanovsky*
**LAWRENCE BALANOVSKY, ESQ.**
Nevada Bar No.
322 Karen Ave. Unit 506
Las Vegas, NV 89109

*Attorney for Plaintiff,*
*Sabrina Rhone*

DATED this 2nd day of October, 2026.

**PARKER NELSON & ASSOCIATES, CHTD.**

*/s/ Mahogany Turfley*
**THEODORE PARKER, III, ESQ.**
Nevada Bar No. 4716
**MAHOGANY TURFLEY, ESQ.**
Nevada Bar No. 13974
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128

*Attorneys for Defendants,*
*Southern Nevada Regional Housing Authority*
*and Rosa Elaine Garcia*

**ORDER**

IT IS HEREBY ORDERED that the parties' Stipulation to Stay Discovery is GRANTED.

IT IS FURTHER ORDERED that all discovery in this matter is STAYED pending resolution of Defendants' Motion to Dismiss [ECF No. 8].

IT IS FURTHER ORDERED that within fourteen (14) days after entry of the Court's order resolving the Motion to Dismiss, the parties shall meet and confer regarding discovery and, if necessary, submit a stipulated discovery plan and scheduling order addressing the remaining claims and establishing appropriate deadlines.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2026